No. 523. ESTATE OF PRATT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application.

*Roland L. Redmond* for petitioners. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, J. Louis Monarch* and *L. W. Post* for respondent.